FILED

JAN X 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 3-08-70843-EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| EFRAIN QUIRARTE MOLINA, *et al.*, | |
| Defendants. | |

The parties in the above-captioned cases hereby request to continue the previously-set status date of January 2, 2009 to January 30, 2009 at 9:30 am.

The parties make this request in order to allow Mr. Molina sufficient time to consult with his immigration counsel, James Byrne, who is attending a funeral in Ireland and has, therefore, not been able to provide counsel. Also, udersigned counsel for Mr.

///
///
///
///

STIP. AND [PROP.] ORDER RE CONTINUANCE
CR 3-08-70843 EMC

Molina, Martin Sabelli, will be out of the country from January 8 to January 26, 2009.

**IT IS SO STIPULATED.**

Dated: December 30, 2008

By: _____
MARTIN A. SABELLI, CA 164772

Dated: December 30, 2008

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY


By: _____

WENDY THOMAS
ASSISTANT UNITED STATES ATTORNEY

**ORDER**

GOOD CAUSE appearing,

IT IS SO ORDERED.

Dated: ~~December~~ 2, 2008

By: _____
~~JAMES LARSON~~
U.S. MAGISTRATE JUDGE
Northern District of California

MARIA ELENA JAMES

- 2 -